Robert Newberry and Tucker Swain, Plaintiffs in Error, vs. The State of Florida, Defendant in Error.

Writ of error to Criminal Court of Record, Hillsborough county; Joseph B. Wall, Judge.

Thomas Palmer, for Plaintiffs in Error.

Willian B. Lamar, Attorney-General, for the State.

This action was brought by the defendant in eror against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error and motion of the Attorney-General.